# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| INTERNATIONAL PROPERTY HOLDINGS, LLC,<br><br>    Plaintiff<br><br>v.<br><br>6635 W. OQUENDO, LLC, et al.,<br><br>    Defendants | Case No.: 2:19-cv-01108-APG-CWH<br><br>**Order Referring Case to Bankruptcy Court** |

In light of the parties' status report (ECF No. 5), and in view of the bankruptcy court's familiarity with the background of this dispute, I refer this matter to the bankruptcy court. This referral includes the question of whether this matter was properly removed to this court in the first instance.

IT IS THEREFORE ORDERED this case is REFERRED to the bankruptcy court in case number BK-S-17-15953-LED, *In re: 6635 W. Oquendo, LLC*.

DATED this 29th day of July, 2019.

                                      ANDREW P. GORDON
                                      UNITED STATES DISTRICT JUDGE